**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-2489**

_____

LORIA ANN PATTERSON,

Plaintiff - Appellant,

versus

THE AMERICAN KENNEL CLUB, a/k/a American
Kennel Club, Incorporated,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge.  (CA-01-20-BR)

_____

Submitted:  February 21, 2002        Decided:  March 4, 2002

_____

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Loria Ann Patterson, Appellant Pro Se.  Charles Matthew Keen, Sheri
Lea Roberson, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, Raleigh,
North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Loria Ann Patterson appeals the district court's orders granting her an extension of time in which to file a reply, denying her motion to modify the order granting the extension of time, granting her leave to amend her reply, and denying her motion to vacate order staying discovery. She also appeals the court's order accepting the magistrate judge's recommendations to dismiss her claims under Title VII of the Civil Rights Act of 1964, as amended, the Americans with Disabilities Act, and 15 U.S.C.A. § 78j(b) (West 1997 & Supp. 2001), and to allow her claim under the Equal Pay Act to proceed. We dismiss the appeal for lack of jurisdiction because the orders are not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The orders here appealed are neither final orders nor appealable interlocutory or collateral orders.

We dismiss the appeal as interlocutory. We deny Patterson's motion for stay of judgment and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>